**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**CIVIL ACTION NO. 06-338-JBC**

**JANIE BELL COLLINS,**                                                        **PLAINTIFF,**

**V.**                                          **JUDGMENT**

**MICHAEL J. ASTRUE, COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION,**                              **DEFENDANT.**

**\* \* \* \* \* \* \* \* \* \* \***

The court, having granted the Commissioner's motion for summary judgment

and having denied the plaintiff's motion for summary judgment, enters **JUDGMENT**

in favor of the Commissioner.

There being no just cause for delay in its entry, this order is **FINAL** and

**APPEALABLE**.

This matter is **STRICKEN** from the court's active docket.

Signed on  November 26, 2007

*Jennifer B. Coffman*

JENNIFER B. COFFMAN, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCY